IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIDIA JENKINS,<br><br>                              Plaintiff,<br><br>v.<br><br>RAY D. BOND and ELISABETH M. BOND, husband and wife; and BOND ENTERPRISES, INC., doing business as OLYMPIC PHARMACY,<br><br>                            Defendants. | No.  C05-5126 KLS<br><br>PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) |

Plaintiff Lidia Jenkins, by and through her attorneys Morton McGoldrick, P.S., pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby provide the following initial disclosure. This initial disclosure is based on the information currently available to plaintiff, and plaintiff reserves the right to amend or supplement this disclosure.

1. **Disclosure Pursuant to Rule 26(a)(1)(A)**

Based on information reasonably available at this time, plaintiff believes that the following individuals may have discoverable information (subject to plaintiff's reservation of all rights of Attorney-Client and Work-Product privileges) that plaintiff may use to support claims

---

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (No. C05-5126 KLS)
G:\LAWTYPE\LG\KP\CLIENTS\JENKINS V. BOND\PLEADINGS-
USDC\INITIALDISCL.DOC

-1-



820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

or defenses raised in the above-captioned action (the "Action"):

    (a)    Lidia Jenkins
c/o Morton McGoldrick, P.S.
820 "A" Street, Suite 600
Tacoma, WA 98402

Ms. Jenkins is the plaintiff. She has knowledge of her employment, termination, requests for FMLA leave, discussions regarding a work-related injury and need to file a claim with L&I, retaliation, and damages caused by the defendants' wrongful termination and violation of the FMLA.

    (b)    Ray Bond
c/o Ms. Eileen Lawrence
Davis Grimm Payne and Marra
701 Fifth Avenue, Suite 4040
Seattle, WA 98104

Mr. Bond is an owner of Bond Enterprises, Inc. He has knowledge regarding Ms. Jenkins' employment and termination.

    (c)    Duncan Hizzy
c/o Olympic Pharmacy
4700 Point Fosdick Dr. NW #120
Gig Harbor, WA 98335

Mr. Hizzy has knowledge of Ms. Jenkins' employment and termination.

    (d)    Krys Paulowski
c/o Olympic Pharmacy
4700 Point Fosdick Dr. NW #120
Gig Harbor, WA 98335

Mr. Paulowski has knowledge of Ms. Jenkins' employment at Olympic Pharmacy.

    (e)    Jennifer Goemaat
c/o Olympic Pharmacy
4700 Point Fosdick Dr. NW #120
Gig Harbor, WA 98335

Ms. Goemaat has knowledge of Ms. Jenkins' employment at Olympic Pharmacy.

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (No. C05-5126 KLS)
G:\LAWTYPE\LG\KP\CLIENTS\JENKINS V. BOND\PLEADINGS-
USDC\INITIALDISCL.DOC

-2-

*Morton*
*McGoldrick*
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

1     (f)    Charmane Williams
           c/o Olympic Pharmacy
2            4700 Point Fosdick Dr. NW #120
           Gig Harbor, WA 98335

Ms. Williams has knowledge of Ms. Jenkins' employment at Olympic Pharmacy.

(g)    Vince Pinaroc
      c/o Olympic Pharmacy
      4700 Point Fosdick Dr. NW #120
      Gig Harbor, WA 98335

Mr. Pinaroc has knowledge of Ms. Jenkins' employment at Olympic Pharmacy.

(h)    Marvin D. Scott
      c/o Olympic Pharmacy
      4700 Point Fosdick Dr. NW #120
      Gig Harbor, WA 98335

Mr. Scott has knowledge of the number of individuals employed at Olympic Pharmacy and the FMLA forms sent to plaintiff's attorney.

(i)    Roseann Croft, ARNP
     4700 Point Fosdick Dr. NW
     Gig Harbor, WA 98335

Ms. Croft has knowledge of Ms. Jenkins' serious health condition and treatment.

(j)    Dali Chen, MD
     Endocrinology and Metabolism
     1628 S. Mildred Suite 104
     Tacoma, WA 98465
     253-566-6777

Dr. Chen has knowledge of testing done for Ms. Jenkins' based upon a referral from Roseann Croft.

(k)    Yu Zhu, MD
      915 Sixth Avenue Suite 200
      Tacoma, WA 98405
      253-403-7299

Dr. Zhu has knowledge of testing done for Ms. Jenkins' based upon a referral from Roseann Croft.

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) (No. C05-5126 KLS)
G:\LAWTYPE\LG\KP\CLIENTS\JENKINS V. BOND\PLEADINGS-USDC\INITIALDISCL.DOC

-3-

Morton McGoldrick
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

## 2. Disclosure Pursuant to Rule 26(a)(1)(B)

Some or all of the following categories of documents in plaintiff's possession, custody or control may be used by plaintiff in support of claims and defenses raised in the Action:

A. Notes from Roseann Croft dated 10-22-04, 10-29-04, 11-2-04 and 11-4-04;

B. Referral requisition form from Gig Harbor Multicare Clinic dated 10-29-04;

C. Report of Dr. Dali Chen dated 11-11-04;

D. Report of Dr. Yu Zhu dated 11-19-04;

E. FMLA form completed by Roseann Croft;

F. Release and Severance offer dated 11-4-04;

G. Employee Warning Notice dated 11-10-04; and

H. November 12, 2004, letter to Mr. Bond from Kathleen Pierce.

The above materials are likely in the possession of Ray Bond:

## 3. Disclosure Pursuant to Rule 26(a)(1)(C)

Calculations:

- Back pay -- Back pay at $15.50/hour for 40 hours/week from November 24, 2004, to December 16, 2005. Plaintiff actively sought work from November 24, 2004 to approximately mid-March 2005 but in mid-March, plaintiff's doctor diagnosed carpel tunnel syndrome in both left and right arms – requiring surgery. The doctor further retroactively certified that Plaintiff was disabled from December 16, 2004 to the present. Upon doctor's orders, plaintiff underwent surgery March 31, 2005, on the right arm and was unable to work following surgery. Plaintiff is scheduled for surgery on the left arm May 23 and will have a four to six week period of recovery within which she will be unable to work. When plaintiff is released to return to work, she will continue her search for work and this answer will be supplemented to include continuing back pay up to the time of trial or the time that plaintiff secures comparable work with comparable pay and benefits.

- Front pay -- 40 hours per week @ $15.50 per hour for a reasonable period of time following trial in the event plaintiff has not found comparable work by that date.

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (No. C05-5126 KLS)
G:\LAWTYPE\LG\KP\CLIENTS\JENKINS V. BOND\PLEADINGS-
USDC\INITIALDISCL.DOC

-4-



Morton McGoldrick
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

- Emotional distress -- $50,000 (This answer may be supplemented to the extent plaintiff's search for work following surgery is unsuccessful and she continues to experience additional emotional distress as a result of her wrongful termination.)

- Lost benefits – the value of the health care coverage plaintiff lost when terminated.

- Out-of-pocket healthcare costs:
    - Multicare $205.65 ($35, $72.45, $50.75, $47.45)
    - Regence $124.88 ($28, $8.88, $28, $30, $30)

Documents to Support Calculations:

- Tax returns – 2002-2004
- Pay stubs within the possession of the defendants.
- Time cards within the possession of the defendants.
- Four statements from Multicare.
- Four statements from Regence.

4. **Disclosure Pursuant to Rule 26 (a)(1)(D)**

Not applicable.

DATED this 12th day of May, 2005.

s/ Kathleen E. Pierce
KATHLEEN E. PIERCE, WSBA #12631
MORTON MCGOLDRICK, P.S.
Attorneys for Plaintiff

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (No. C05-5126 KLS)
G:\LAWTYPE\LG\KP\CLIENTS\JENKINS V. BOND\PLEADINGS-
USDC\INITIALDISCL.DOC           -5-



*Morton McGoldrick*
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

## CERTIFICATION OF SERVICE

I certify that on May 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served by:

( ) facsimile

( ) e-mail

( ) delivery to ABC Legal Services for hand-delivery

(X) U.S. Mail

A true and correct copy of the foregoing pleading upon:

Eileen M. Lawrence
Davis Grimm Payne and Marra
701 Fifth Avenue, Suite 4040
Seattle, WA  98104

s/ Kathleen E. Pierce
KATHLEEN E. PIERCE, WSBA #12631
Morton McGoldrick, P.S.
820 "A" Street, Suite 600
Post Office Box 1533
Tacoma, WA  98401-1533
Telephone: (253) 627-8131
Facsimile: (253) 272-4338
Email: kepierce@bvmm.com

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(a)(1) (No. C05-5126 KLS)
G:\LAWTYPE\LG\KP\CLIENTS\JENKINS V. BOND\PLEADINGS-
USDC\INITIALDISCL.DOC

-6-


*Morton McGoldrick*
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338