IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LIDIA JENKINS<br><br>  Plaintiff,<br><br>vs.<br><br>RAY D. BOND and ELISABETH M. BOND, husband and wife; and BOND ENTERPRISES, INC., doing business as OLYMPIC PHARMACY,<br><br>  Defendants. | Cause No: C05-5126KLS<br><br>**Defendant's Initial Disclosures Pursuant to FRCP 26 (a) (1)** |

Pursuant to FRCP 26 (a) (1), the defendant, Olympic Pharmacy, provides the following information to facilitate discovery and in compliance with the federal rules.

<u>Witnesses:</u>

The following individuals may have information the defendant would rely on in establishing defenses to the plaintiff's claims:

Amber Lacheney: 1106 36th Ave Ct. NW Gig Harbor 98335 (253) 691-6520

Charmaine Williams: 5220 80th Ave NW Gig Harbor 98335 (253) 853-5024

---

DEFENDANT'S INITIAL DISCLOSURES
FRCP 26 (a) (1)

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, Washington 98104
(206) 447-0182

1  Jeannine Crowley: 911 23rd Ave NW Gig Harbor 98335 (253) 851-2302

2  Jennifer Goemant: 8201 38th St Ct W University Place WA. 98466 (253) 460-0163

3  Kaisha Squance: 4270 East St. Rte 302 Belfair WA. 98528 (360) 277-3792

4  *Mark Crowley

5  *Vince Pinaroc

6  * Ray Bond

7  * Marvin Scott

8  *Kreysoff Pawlowski

9  Chelsea Showalter: 3722 Picnic Point Ct. NW Gig Harbor 98335 Phone unknown

10  Catie McGee: Address and contact information unknown

Those employees listed above with an asterisk are management employees and can all be contacted through defense counsel. Each witness has information about Ms. Jenkin's conduct during her employment, violation of the employer's rules and expectations, her absences and reasons for her absences and her product orders for personal use. Some of the witnesses have information about her failure to report to work prior to her termination, her failure to disclose her drug and alcohol treatment and the impact this may have had on the pharmacy technician's licensing status.

Other potential witnesses include Ms. Jenkin's live in boyfriend, her ex-husband, her drug and alcohol treatment counselor, her medical health care providers, however, their names and contact information is currently unknown.

Documents:

The documents relevant to plaintiff's claims and the defenses raised in this action are not fully known at this time. Documents known to the employer include Ms. Jenkins' personnel file,

DEFENDANT'S INITIAL DISCLOSURES
FRCP 26 (a) (1)

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, Washington 98104
(206) 447-0182

payroll and attendance records, the employer's payroll records for the period of two years prior to Ms. Jenkins' termination, L&I reports listing numbers and hours worked for employees for the two years prior to Ms. Jenkins' request for leave, the data compilation already provided to plaintiff's counsel counting numbers of employees on the payroll for the year prior to Ms. Jenkins' request for leave. These documents are all currently located at the defendant's place of business.

Ms. Jenkins' medical history, full records of medical care and other medical testing, data, lab and other reports are also relevant to this claim and are presumed to be in the place of business of each such health care provider. The full extent of this information and it's location is presently unknown.

There does not appear to be insurance coverage available for this claim.

The defendant does not contemplate calling experts unless as rebuttal experts.

DATED THIS 11th Day of MAY, 2005

*/s/ Eileen M. Lawrence*
Eileen M. Lawrence, WSBA #11885
DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Telephone: (206) 447-0182
Facsimile: (206) 622-9927
Email: elawrence@davisgrimmpayne.com

Attorneys for Defendants

DEFENDANT'S INITIAL DISCLOSURES
FRCP 26 (a) (1)

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, Washington 98104
(206) 447-0182

## CERTIFICATE OF SERVICE

This will certify that on May 12, 2005, a true and correct copy of the foregoing "Defendant's Initial Disclosures Pursuant to FRCP 26(a)(1)" was duly served by facsimile and first-class mail with postage prepaid as follows:

<u>Attorney for Plaintiff</u>:
Kathleen E. Pierce, WSBA #12631
Morton McGoldrick, P.S.
820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, WA 98401-1533
Facsimile: (253) 272-4338

_____
Betsy Johnson, Legal Assistant

DEFENDANT'S INITIAL DISCLOSURES
FRCP 26 (a) (1)

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, Washington 98104
(206) 447-0182