Hon. Karen L. Strombom

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LIDIA JENKINS,<br><br>                Plaintiff,<br><br>vs.<br><br>RAY D. BOND and ELISABETH M. BOND, husband and wife; and BOND ENTERPRISES, INC., doing business as OLYMPIC PHARMACY,<br><br>                Defendants. | **Cause No. C05-5126KLS**<br><br>**ORDER DISMISSING LAWSUIT WITH PREJUDICE** |

Based on the stipulation of the parties, through their counsel of record, and good cause being shown therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

ORDERED this 9th day of January , 2006.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/EILEEN M. LAWRENCE        /s/KATHLEEN E. PIERCE

ORDER DISMISSING LAWSUIT
WITH PREJUDICE

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
(206) 447-0182

| | | |
|---|---|---|
| 1 | Eileen M. Lawrence, WSBA #11885<br>DAVIS GRIMM PAYNE & MARRA<br>701 Fifth Avenue, Suite 4040<br>Seattle, WA 98104<br>Telephone: (206) 447-0182<br>Facsimile: (206) 622-9927<br>Email: elawrence@davisgrimmpayne.com<br>Attorneys for Defendants | Kathleen E. Pierce, WSBA #12631<br>MORTON McGOLDRICK, P.S.<br>820 "A" Street, Suite 600<br>P.O. Box 1533<br>Tacoma, WA 98401-1533<br>Telephone: (253) 627-8131<br>Facsimile: (253) 272-4338<br>Email: kepierce@bvmm.com<br>Attorneys for Plaintiff |

ORDER DISMISSING LAWSUIT
WITH PREJUDICE

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
(206) 447-0182